# NOTICE OF UNPAID OVERTIME WAGE LAWSUIT

*This is a Court-Authorized Notice and is not a Solicitation from a Lawyer. The Court Has Made No Finding as to the Merits of this Case at this Time.*

**If you currently or formerly worked for I.N.F.I. LLC as an hourly field technician who worked more than 40 hours in any workweek during the time period of March 13, 2016 to the present, then a Fair Labor Standards Act ("FLSA") collective action lawsuit may affect your rights.**

### What is this Case About?
Individuals ("Plaintiffs") who performed work for I.N.F.I., LLC ("INFI") as hourly field technicians filed a lawsuit alleging that they were misclassified as independent contractors, and that they regularly worked more than 40 hours per workweek, but were not paid all overtime wages owed under the FLSA. The lawsuit is styled *Hamilton et al, on behalf of themselves and all others similarly situated, v. I.N.F.I. LLC et al*, No. 4:19-cv-00561-BYP, in the U.S. District Court for the Northern District of Ohio (the "Case").

Defendants deny that they violated the FLSA or owe any back overtime wages.

### Why is this notice being sent?
The Federal Judge presiding over the Case issued an order conditionally certifying a collective action, similar to a class action. The order requires that you be informed of the existence of this Case and that your right to join the case as a collective action opt-in member.

### What happens if I join the overtime pay Case?
If money is recovered in the Case and you are an appropriate class member who has timely returned the enclosed consent form, you will be entitled to receive a share of that money. If you submit your consent form, you will be bound by any judgment, whether it is favorable or unfavorable in the Case.

Know that it is illegal for an employer to retaliate against you for joining this Case.

### How do I join the overtime pay Case?
You must complete the enclosed consent form and return it by mail, fax, or email to the attorneys listed in the next section. Please note: you are not a member of the overtime pay Case until you return the enclosed consent form and the form is filed with the Court by the attorneys. If you return the consent form, you will be represented by the following attorneys with the law firm Nilges Draher LLC:

Robi J. Baishnab
34 N. High St., Ste. 502
Columbus, OH 43215
T: (614) 824-5770
F: (330) 754-1430
rbaishnab@ohlaborlaw.com

Shannon M. Draher
Hans A. Nilges
7266 Portage Street, NW Suite D
Massillon, Ohio 44646
T: (330) 470-4428
F: (330) 754-1430
sdraher@ohlaborlaw.com
hans@ohlaborlaw.com

### What if I do not join the overtime pay Case?
You have no obligation to join the Case. However, if you do not join the case and money is recovered, you will not be entitled to a share of any of that money.

### How quickly must I act to join the overtime pay Case?
If you decide to join the Case, complete and return the signed consent form to attorneys listed above. The signed consent form must be faxed, emailed, or postmarked no later than [insert date for 90 day notice period from mailing/emailing] in order for you to join.

**For more information, call Nilges Draher LLC at (330) 470-4428.**

EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **VANESTA HAMILTON, KRISTIN SNYDER,** and **DAKOTA McCARTHY**, on behalf of themselves and all others similarly situated, | CASE NO. 4:19-cv-561 |
| Plaintiffs, | **JUDGE BENITA Y. PEARSON** |
| v. | |
| **I.N.F.I. LLC**, *et al*, | **CONSENT TO JOIN** |
| Defendants. | |

I hereby consent, agree, and opt-in to be a party Plaintiff in the above-captioned collective action. I agree to be represented by Nilges Draher, LLC. I understand that by filing this consent, I will be bound by any settlement or judgment of the Court on all issues in this case.

_____  _____
**Full Name** (Print clearly)              **Signature/Date**

_____

**(Information below this line will not be filed with the Court)**

_____  _____
**Street Address**                         **City/State/Zip**

_____  _____
**Telephone Number**                       **Email Address:**

**FAX** to:     (330) 754-1430;

**EMAIL** to:   CS@ohlaborlaw.com; or

**MAIL** to:    NILGES DRAHER, LLC
                7266 Portage St., N.W., Suite D
                Massillon, Ohio 44646

On or before:   ***90 days from mailing/emailing****, 2019